UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD HARBUS,
                    Plaintiff,

                                                     22 civ 6790 (JGK)

      -against-

INFORMA BUSINESS MEDIA, INC,
                    Defendant.
-----------------------------------------------------------X

## ORDER

The October 12, 2022 conference is canceled. The time for the defendant to respond to the complaint has passed. The plaintiff shall file default papers, via order to show cause, pursuant to the Court's rules, by **October 14, 2022.**

**SO ORDERED.**

                                                            /s/ John G. Koeltl
                                                    **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          October 3, 2022